AO 91 (Rev. 08/09)  Criminal Complaint

AUSA  Susan E. Fairchild (313)226-9577
Special Agent  Charles Hillier (313) 801-7847

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Patricia DIAZ LOPEZ

Case No. 2:25-mj-30410
Assigned To : Unassigned
Assign. Date : 6/26/2025
Description: CMP USA v Diaz-Lopez (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 23, 2025 _____ in the county of _____ St. Clair _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about June 23, 2025, at or near Port Huron, MI, in the Eastern District of Michigan, Southern Division, Patricia DIAZ LOPEZ, an alien from Mexico was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about January 17, 2023 at or near Nogales, AZ and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

[x] Continued on the attached sheet.

_____
Complainant's signature

Charles Hillier CBPO
Printed name and title

Sworn to before me and signed in my presence.

Date: _____ June 26, 2025 _____

_____
Judge's signature

City and state: _Detroit, MI_

Anthony P. Patti, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Charles Hillier, being duly sworn, depose and state:

1. I am employed by the United States Department of Homeland Security, U.S. Customs and Border Protection (CBP), as a Customs and Border Protection Officer at the Blue Water Bridge in Port Huron, Michigan. I have been employed with CBP for 17 years. The facts set forth herein are based upon my knowledge. The facts set forth herein are based upon my knowledge and through information contained in CBP systems.

2. This affidavit includes only information sufficient to establish probable cause and not necessarily all information known to me arising from this investigation.

3. Patricia DIAZ LOPEZ is a twenty-three-year-old female, native of Mexico and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date, without being inspected, admitted, or paroled by an immigration officer.

4. On or about January 16, 2023, DIAZ LOPEZ was processed by U.S. Border Patrol in Willcox, Arizona. DIAZ LOPEZ was issued and served Form I-860, Expedited Removal.

5. On January 17, 2023, DIAZ LOPEZ was removed from the United States to Mexico at or near Nogales, Arizona.

6. On June 23, 2025, DIAZ LOPEZ was encountered at the Blue Water Bridge in Port Huron, MI, by CBP Officers. DIAZ LOPEZ was driving a vehicle with Ohio license plates and was the sole occupant of the vehicle. It appeared that she did not intend to go to Canada, and mistakenly entered into the port area. When questioned by CBP Officers, she presented a Mexican passport. She was referred to passenger processing for further inspection.

7. During secondary inspection, DIAZ LOPEZ admitted that she was illegally present in the United States and had taken a wrong turn as she was headed to Detroit for a doctor visit.

8. DIAZ LOPEZ's fingerprints were enrolled in IDENT/IAFIS which confirmed a biometric match to IDENT Fingerprint Identification Number (FIN) XXX0651, Alien File number XXX3375, and FBI number XXXFJW. The IDENT FIN, FBI number, and Alien File Number were a match to that of a previously removed alien, Patricia DIAZ LOPEZ.

9. I have reviewed on behalf of the Department of Homeland Security, the Person Centric Query Service (PCQS) database and there is no record of DIAZ LOPEZ applying for or receiving the express permission of the Secretary of the Department of Homeland Security or his successor to reapply for admission into the United States since her removal from the United States on or about January 17, 2023.

10. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

11. Based on the above information, there is probable cause to believe that on or about June 23, 2025, in the Eastern District of Michigan, Southern Division, Patricia DIAZ LOPEZ, an alien, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about January 17, 2023, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Charles Hillier
CBPO
U.S. Customs and Border Protection

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge

June 26, 2025